UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUE ALLEN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZIMMER HOLDINGS, INC., a foreign corporation; ZIMMER, INC., a foreign corporation;  ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., a foreign corporation; STRYKER HOLDINGS, LLC, a domestic limited liability company; STRYKER CORPORATION, a foreign corporation; HOWMEDICA OSTEONICS CORP., a foreign corporation, doing business as STRYKER ORTHOPAEDICS; ABC CORPORATIONS II-X; BLACK AND WHITE COMPANIES II-X; and JOHN DOES II-X, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-00341-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　The plaintiff, Jacque Allen ("Plaintiff"), and Defendants Zimmer Holdings, Inc., Zimmer, Inc., Zimmer Orthopaedic Surgical Products, Inc., Stryker Holdings, LLC, Howmedica Osteonics Corp., and Stryker Orthopedics by their respective counsel, stipulate that all of Plaintiff's claims against Defendants are dismissed with prejudice.  Each party shall bear its own costs and

attorneys' fees.

| | |
|---|---|
| Dated:  March 16, 2016 | Dated: March 16, 2016 |
| STEPHEN N. SCHEERER, ESQ. | FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204 |
| By:   /s/ Stephen N. Scheerer<br>         Stephen N. Scheerer, Esq.<br>         Nevada State Bar No. 2114<br>         P.O. Box 40187<br>         Reno, Nevada  89504 | LAXALT & NOMURA, LTD.<br><br>By:   /s/ Steven E. Guinn<br>         Steven E. Guinn<br>         Nevada State Bar No. 5341<br>         9600 Gateway Drive<br>         Reno, Nevada  89521 |
| *Attorney for Jacque Allen* | *Attorneys for Defendants Zimmer Holdings, Inc., Zimmer, Inc., Zimmer Orthopaedic Surgical Products, Inc.* |

Dated: March 16, 2016

SNELL & WILMER L.L.P.

By:   /s/ Carrie L. Parker
         Vaughan A. Crawford
         Nevada State Bar No. 7665
         Carrie L. Parker
         Nevada State Bar No. 10952
         50 W. Liberty Street, Ste. 510
         Reno, Nevada  89501

*Attorneys for Defendants Stryker Corporation and Howmedica Osteonics d/b/a/ Stryker Orthopaedics*

**O R D E R**

IT IS SO ORDERED

DATED this 18th day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE